UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
UNITED STATES OF AMERICA,

    – against –

JOHN W. ASHE,

              Defendant.
------------------------------------------- X

No. 1-15-mj-03562

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel in this case for defendant John W. Ashe. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       October 13, 2015

                                      Jonathan G. Kortmansky

                                      Sullivan & Worcester LLP
                                      1633 Broadway
                                      New York, New York 10019

                                      Telephone: (212) 660-3000
                                      Facsimile: (212) 660-3001
                                      Email: jkortmansky@sandw.com