# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JOHN W. ASH,<br>FRANCIS LORENZO,<br>NG LAP SENG a/k/a "David Ng,"<br>JEFF C. YIN a/k/a "Yin Chuan,"<br>SHIWEI YAN a/k/a "Sheri Yan,"<br>HEIDI HONG PIAO a/k/a "Heidi Park,"<br><br>        Defendants. | Civil Action No. 15-mj-3562<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jamie Gottlieb Furia of Lowenstein Sandler LLP, with offices located at 1251 Avenue of the Americas, New York, NY, 10020, hereby appears on behalf of defendant Heidi Hong Piao a/k/a "Heidi Park."

I certify that I am admitted to practice in the Southern District of New York.

Dated: December 7, 2015

                                                    By:    /s/ Jamie Gottlieb Furia
                                                            Jamie Gottlieb Furia
                                                            New York State Bar No. 4797148
                                                            Lowenstein Sandler LLP
                                                            1251 Avenue of the Americas
                                                            New York, New York 10020
                                                            T: 212.262.6700
                                                            F: 212.262.7402
                                                            jfuria@lowenstein.com

## CERTIFICATE OF SERVICE

  I, Jamie Gottlieb Furia, hereby certify that on December 7, 2015, I electronically filed the above Notice of Appearance using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

                /s/ Jamie Gottlieb Furia
                Jamie Gottlieb Furia