# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JOHN W. ASH,<br>FRANCIS LORENZO,<br>NG LAP SENG a/k/a "David Ng,"<br>JEFF C. YIN a/k/a "Yin Chuan,"<br>SHIWEI YAN a/k/a "Sheri Yan,"<br>HEIDI HONG PIAO a/k/a "Heidi Park,"<br><br>           Defendants. | Civil Action No. 15-mj-3562<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Michael B. Himmel of Lowenstein Sandler LLP, with offices located at 1251 Avenue of the Americas, New York, NY, 10020, hereby appears on behalf of defendant Heidi Hong Piao a/k/a "Heidi Park."

I certify that I am admitted to practice in the Southern District of New York.

Dated: December 7, 2015

                                              By:    /s/ Michael B. Himmel
                                                        Michael B. Himmel
                                                        New York State Bar No. 016241981
                                                        Lowenstein Sandler LLP
                                                        1251 Avenue of the Americas
                                                        New York, New York 10020
                                                        T: 212.262.6700
                                                        F: 212.262.7402
                                                        mhimmel@lowenstein.com

## CERTIFICATE OF SERVICE

I, Michael B. Himmel, hereby certify that on December 7, 2015, I electronically filed the above Notice of Appearance using the CM/ECF system, which will automatically send email notifications of such filing to all attorneys of record.

/s/ Michael B. Himmel
Michael B. Himmel